AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:23MJ56 | Date and time warrant executed: 5/3/2023 | Copy of warrant and inventory left with: KASCIE PAGE - TRUIST CORP INVESTIGATIONS |

Inventory made in the presence of:
ADMINISTRATIVE OFFICER JOHN MORELL (USSS)

Inventory of the property taken and name of any person(s) seized:

1 - TRUIST OFFICIAL CHECK # 8000103615 MADE OUT TO "UNITED STATES SECRET SERVICE" FOR $193,322.$\frac{65}{}$ USD

2 - TRUIST OFFICIAL CHECK # 8000103616 MADE OUT TO "UNITED STATES SECRET SERVICE" FOR $251,070.$\frac{98}{}$ USD

BOTH RECIEVED AT THE PORTLAND OREGON RESIDENT OFFICE ON 5/11/2023.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/11/2023

_Executing officer's signature_

SPECIAL AGENT MATTHEW VOLLANS
_Printed name and title_

Returned to me this 11th day of May, 2023.

Pamela Meade Sargent
USMJ